IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAKISHA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:24-cv-01362 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| WESTERN EXPRESS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 8) recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). The Magistrate Judge states that Plaintiff has made no filings in this case since she filed the Complaint in November 2024. Service packets mailed to Plaintiff were returned undelivered and Plaintiff has not provided an alternative address. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 8 at 2). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 8) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE